**STATE of Missouri, ex rel., Richard J. WALSH, Appellant,**

v.

**PLATTE COUNTY, Missouri Board of Zoning Adjustment et al., Respondent.**

**No. WD 64420.**

Missouri Court of Appeals, Western District.

June 21, 2005.

Timothy J. Sear, Overland Park, KS, for appellant.

---

Matt Chiasson, Kansas City, MO, for respondents.

Before: THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and PATRICIA BRECKENRIDGE, JJ.

*ORDER*

PER CURIAM.

Dr. Richard J. Walsh appeals the judgment of the Platte County Circuit Court affirming the decision of the Platte County Board of Zoning Adjustment granting a non-use variance to his neighbors, Aaron and Jennafer Cross. We find that the Board did not act illegally and there was sufficient evidence to support the decision, so we affirm. Rule 84.16(b).